IN THE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA


IOWA LIBERTARIAN PARTY and
JAKE PORTER,

        Plaintiffs,


VS.                            Civil Action No.  4:19-cv-00241-SMR-HCA


PAUL D. PATE, Secretary of State
and State Commissioner of Elections,

        Defendant.


## PLAINTIFFS' DESIGNATION OF EXPERT WITNESS


    Plaintiffs hereby give notice of their designation of Richard Winger as an expert witness

to testify in the above-captioned matter as an expert on minor political parties and access to the

general election ballot.  Mr. Winger's curriculum vita is attached.


                                   */s/ Robert M. Bastress, Jr.*
                                Robert M. Bastress, Jr.
                                West Virginia Bar ID # 263
                                P.O. Box 1295
                                Morgantown, W.Va.  26507-1295
                                (304) 293-5308
                                rmbastress@gmail.com

/s/ *Julia A. Ofenbakh*
Julia A. Ofenbakh
Iowa Defenders, PLLC
2183 86th St., Suite C
Clive, Iowa 50325
515-868-0088
julia@iowadefenders.com

Counsel for Plaintiffs


CERTIFICATE OF SERVICE

I, Robert M. Bastress, counsel for the plaintiff, certify that I have served the foregoing

designation on counsel for the defendant, Paul D. Pate, by filing the same on the Southern

District of Iowa's Pacer CM/ECF system on this the 15th day of June, 2020.


/s/ *Robert M. Bastress, Jr.*

Richard Winger Curriculae Vitae
3201 Baker Street
San Francisco, California 94123
Updated Oct. 11, 2019

EDUCATION
BA, Political Science, University of California, Berkeley, 1966
Graduate study, Political Science, UCLA, 1966-67

EMPLOYMENT
*Ballot Access News*, Editor 1985-Present
Editor of newsletter covering legal, legislative and political developments of interest to minor parties and independent candidates.  Researcher of ballot access laws of all 50 states from years 1888-present; well versed in how ballot access laws of each state work historically and how they compare to each other.  Responsible for reading all statutes, regulations, legal opinions, and state attorney general opinions on rights of political parties and the publications of minor parties.

On the Editorial Board of *Election Law Journal*, published by Mary Ann Liebert, Inc., Larchmont, N.Y., since 2001.

PUBLICATIONS
Wrote a chapter or two in each of these books:

*The Best Candidate:  The Law of Presidential Nomination in Polarized Times* to be published by the Cambridge University Press, 2020, editors Eugene D. Mazo and Michael R. Dimino.  My chapter is "The Nomination of Presidential Candidates by Minor Parties."

*America Votes!  A Guide to Modern Election Law and Voting Rights,* 2nd edition, 2012, published by the American Bar Association's Section of State and Local Government Law, editor Benjamin E. Griffith.

*Others, Vol. 2, Third Parties During The Populist Period,* by Darcy G. Richardson (2007: iUniverse, Inc., New York).  Wrote the book's Appendix, "Early Ballot Access Laws for New and Minor Parties."

*Democracy's Moment*
edited by Ronald Hayduk and Kevin Mattson (2002:  Rowman & Littlefield, Lanham, Md.)

*The Encyclopedia of Third Parties in America*
edited by Immanuel Ness and James Ciment (2000:  M.E. Sharpe, Inc., Armonk, N.Y.)

*Multiparty Politics in America*
edited by Paul S. Herrnson (1997:  Rowman & Littlefield, Lanham, Md.)

1

*The New Populist Reader*
edited by Karl Trautman (1997: Praeger, Westport, Ct.)

Additional articles published in these periodicals:
*University of Arkansas Little Rock Law Review,* Vol. 29, #4, summer 2007
*Wall Street Journal,* October 1984 and also October 1988 (exact dates unknown)

*The Long Term View,* Mass. Sch. of Law, vol. 2 #2 (spring 1994)
*American Review of Politics,* U. of Akron, vol. 16, Winter 1995
*California Journal,* July 1977
*Election Law Journal* (two articles), Vol. 1 #2 (2002) and Vol. 5 #2 (2006)
*Cleveland State Law Review,* Vol. 45 #1 (1997)
*Chronicles Magazine,* November 1994
*Price Costco Connection,* Dec. 1995
*Fordham Urban Law Journal,* Vol. 32 #3 (May 2005)
*Fordham Law Review,* Vol. 85 #3 (December 2016)
*Oklahoma Politics,* Vol. 8 (October 1999)
*Harvard Law Record,* internet, April 25, 2016

Also, I wrote "Election Law Decisions" in all issues of the newsletter of the American Political Science Association's Section on Representation and Electoral Systems, 2005-2014.  The publication appeared twice each year.

I wrote articles for "Voice for Democracy", the newsletter of Californians for Electoral Reform, in these issues:  Spring 2012, February 2014, August 2014, November 2014, and February 2015.

NATIONAL INTERVIEWS on Minor Parties, Independents, Ballots and Ballot Access

| | |
|---|---|
| *NBC* | *National Public Radio* |
| *ABC* | *Pacifica Radio* |
| *CNN* | *MSNBC* |
| *C-SPAN* | |

CASES:   TESTIMONY or AFFIDAVITS (political party or candidate prevailing, or case pending)
**Alabama**:  Hall v Bennett, U.S. Dist. Ct., 212 F.Supp.3d 1148 (m.d. 2016).
**Alaska**:  Libertarian Party v Coghill, state superior court, 3rd dist., 3AN-92-08181, 1992: court enjoined petition deadline for minor party presidential petitions.
**Arizona:**  Campbell v Hull, 73 F Supp 2d 1081 (1999). Az. Libt. Party v Hull, superior ct., Maricopa Co. 96-13996, 1996:  deadline for submitting presidential elector candidates too early.  Nader v Brewer, 531 F 3d 1028 (9th cir., 2008).  De La Fuente v Hobbs, 19-16868 (pending in 9th circuit):  signature requirement for independent candidates.
**Arkansas**:  Citizens to Establish a Reform Party v Priest, 970 F Supp 690 (E.D. Ark. 1996).  Green Party of Ark. v Priest, 159 F.Supp.2d (E.D. Ark. 2001).  Green Party of Ark. v Daniels, U.S. District Court, 448 F.Supp 2d 1056 (E.D.Ark. 2006).  Moore v

2

Martin, 854 F 3d 1021.  Libertarian Party of Arkansas v Thurston, e.d., 4:19cv-214 (2019):  signature requirement for new parties.

**California:**  California Democratic Party v Jones, 530 US 567 (2000).  California Justice Committee v Bowen, 2012 WL 5057625 (C.D.Cal.):  deadline for new party qualification too early.

**Colorado**:  Ptak v Meyer, 94-N-2250, U.S. Dist. Ct., 1994.  Signature requirement for independent legislative candidates.

**Florida**:  Libt. Party of Fla. v Mortham, 4:96cv258-RH, n.d. 1996:  Libertarian vice-presidential candidate put on ballot even though he was not on the petition.  Reform Party v Black, 885 So.2d 303 (Fla. 2004).

**Georgia**:  Bergland v Harris, 767 F 2d 1551 (11th cir., 1985).  Remanded case back to U.S. District Court; before District Court acted, legislature substantially eased law, so case became moot.  Green Party of Georgia v Kemp, 171 F Supp 3d 1340 (n.d. 2016), affirmed, 674 F.Appx. 974 (11th cir., 2017).  Libertarian Party of Georgia v Raffensperger, n.d., 1:17cv-4660:  number of signatures for U.S. House; law upheld on September 23, 2019 but either a rehearing request or an appeal will be filed.

**Hawaii**:  Libt. Party of Hi. v Waihee, cv 86-439, U.S. Dist. Ct., 1986:  petition deadline for new parties.

**Illinois**:  Nader v Ill. State Bd. of Elections, 00-cv-4401, U.S. Dist. Ct., N.D., 2000:  petition deadline enjoined.  Lee v Ill. State Bd. of Elections, 463 F.3d 763 (7th cir. 2006).  Jones v McGuffage, 921 F Supp 2d 888 (N.D.. Il, 2013).  Libertarian Party of Illinois v Scholz, 164 F Supp 3d 1023 (n.d. 2016), affirmed 872 F.3d 518 (7th cir., 2017).  Gill v Scholz, central dist., 3:16cv-3221:  case pending in 7th circuit on 5% petition requirement for independent candidates for U.S. House; U.S. District Court put candidate on ballot, but 7th circuit stayed that action.  Jones v McGuffage, n.d., 1:12cv-9997:  number of signatures in special U.S. House elections; judge reduced number of signatures.

**Iowa**:  Oviatt v Baxter, 4:92-10513, U.S. Dist. Ct., 1992:  signature requirement for U.S. House candidates.

**Kansas**:  Merritt v Graves, 87-4264-R, U.S. Dist. Ct., 1988:  independent petition deadline, requirement that independent petitions not be circulated outside of circulator's home precinct, and requirement that voters could only register in qualified parties.  This case should not be confused with another by the same name decided in December, 1988.

**Kentucky**:  Libt. Pty. of Ky. v Ehrler, 776 F Supp 1200 (E.D. 1991).  Sweeney v Crigler, e.d., 2:19cv-46 (2019):  deadline for declaration of candidacy.

**Maine**:  Libertarian Party of Me v Dunlap, 2:16cv-2:  deadline for new party.

**Maryland**:  Dixon v Md. State Adm. Bd. of Elec. Laws, 878 F 2d 776 (1989, 4th cir.).  Green Party v Bd. of Elections, 832 A 2d 214 (Md. 2003).

**Michigan:**  Graveline v Johnson, 336 F.Supp.3d 801 (e.d. 2018), affirmed, 747 F Appx 408 (6th circuit 2018).  Number of signatures for independent candidates.

**Montana**:  Kelly v Johnson, U.S. Dist. Ct. 08-25 (2012):  independent candidate petition deadline.  Breck v Stapleton, 259 F.Supp.3d 1126 (2017).  Montana Green Party v Stapleton, 6:18cv-87.

**Nebraska**:  Bernbeck v Gale, 4:18cv-3073 (2018).  Number of signatures for independent candidates.

**Nevada**:  Libt Pty. of Nev. v Swackhamer, 638 F Supp 565 (1986); Fulani v Lau, cv-N-92-535, U.S. Dist. Ct., 1992:  minor party and independent petition deadline.

3

**New Jersey**:  Council of Alternative Political Parties v Hooks, 999 F Supp 607 (1998); Council of Alternative Political Parties v State Div. of Elections, 781 A 2d 1041 (N.J.Super. A.D. 2001).

**New York**:  Molinari v Powers, 82 F Supp 57 (E.D.N.Y. 2000). Schulz w Williams, 44 F 3d 48 (2nd cir., 1994).  Green Party of N.Y. v N.Y. State Bd. of Elections, 389 F.3d 411 (2nd cir., 2004).

**North Carolina**:  Obie v N.C. Bd. of Elections, 762 F Supp 119 (E.D. 1991).  DeLaney v Bartlett, 370 F.Supp.2d 373 (M.D. 2004).  Edwards v Berger, Wake County Superior Court, 18-cvs-9749 (2018):  state could not give party labels to some candidates, but not all candidates, for the same office.

**Ohio**:  Libertarian Party of Ohio v Blackwell, 462 F.3d 579 (6th cir. 2006). Libertarian Party of Ohio v Husted, U.S. Dist. Ct., middle district, 2:13cv-935 (2014):  state could not create a new petition in September of odd year before election and expect it to be used in following year.

**Oklahoma**:  Atherton v Ward, 22 F Supp 2d 1265 (W.D. Ok. 1998).  De La Fuente v Ziriax, had been pending in 10th circuit, 17-6010, then legislature eased requirement for independent presidential candidates so case became moot.

**Pennsylvania**:  Patriot Party of Pa. v Mitchell, 826 F Supp 926 (E.D. 1993).

**South Dakota**:  Nader v Hazeltine, 110 F Supp 2d 1201 (2000).  Libertarian Party of South Dakota v Krebs, 2018, 4:15cv-4111.

**Tennessee**:  Libt Party v Goins, U.S. Dist. Ct., 793 F Supp 1064 (M.D. 2010).  Green Party of Tennessee v Hargett, 7 F.Supp.3d 772 (m.d. 2014), aff'm, 791 F.3d 684 (6th cir. 2015):  this is the case that struck down the law on how a party remains on the ballot, and should not be confused with the case of the same name on the requirements for a party getting on the ballot.

**Texas**:  Pilcher v Rains, 853 F 2d 334 (5th cir., 1988).

**Virginia**:  Libt. Pty of Va. v Quinn, 3:01-cv-468, U.S. Dist. Ct., E.D. (2001):  court ordered state to print "Libertarian" party label on ballot next to names of candidates.

**West Virginia**: State ex rel Browne v Hechler, 476 SE 2d 559 (Supreme Court 1996). Nader v Hechler, 112 F.Supp.2d 575 (S.D.W.V., 2000). McClure v Manchin, 301 F Supp 2d 564 (2003).


CASES:  TESTIMONY or AFFIDAVITS (political party or candidate not prevailing)

**Alabama**:  Swanson v Bennett, 490 F.3d 894 (11th cit. 2007). Stein v Chapman, 774 F.3d 689 (11th cir., 2014).  De La Fuente v Merrill, m.d., 2:16cv-755:  whether sore loser law applies to presidential primaries.

**Arizona**:  Indp. Amer. Party v Hull, civ 96-1240, U.S. Dist. Ct., 1996:  petition deadline for new parties. Browne v Bayless, 46 P 3d 416 (2002).  Arizona Libertarian Party v Hobbs, 925 F.3d.1085 (2019).

**Arkansas**:  Langguth v McKuen, LR-C-92-466, U.S. Dist. Ct., E.D., 1992:  petition deadline for independent candidates.  Christian Populist Party v Sec. of State, 650 F Supp 1205 (E.D. 1987).  Green Party of Ark. V Martin, 649 F.3d 675 (8th cir. 2011).

**California**:  Socialist Workers Party v Eu, 591 F 2d 1252 (9th cir., 1978).  Independent Party v Padilla, 184 F.Supp.3d 791 (Cal.,e.d. 2016).  De La Fuente v Padilla, 930 F.3d 1101 (9th cir. 2019).

4

**D.C.**:  Libertarian Party v D.C. Bd. of Elections, 682 F.3d 72 (D.C. Cir. 2012).

**Florida**:  Fulani v Smith, 92-4629, Leon Co. Circuit Court, 1992:  deadline for write-in filing.  Libertarian Party of Fla. v State of Fla., 710 F 2d 790 (11th cir., 1983).  U.S. Taxpayers Party v Smith, 871 F.Supp. 426 (n.d. Fla. 1993).

**Georgia**:  Libertarian Party of Ga. v Cleland, U.S. Dist. Ct., n.d., 1:94-cv-1503-CC, U.S. Dist. Ct., N.D. (1994):  number of signatures.  Amendola v Miller, U.S. Dist. Ct, n.d., 1:96cv-2103 (1997):  number of signatures.  Esco v Secretary of State, E-53493, Fulton Co. Superior Court, 1998:  number of signatures.  Cartwright v Barnes, 304 F 3d 1138 (11th cir., 2002):  number of signatures.  Coffield v Kemp, 599 F.3d 1276 (2010):  number of signatures.

**Idaho**:  Nader v Cenarrusa, cv 00-503, U.S. Dist. Ct., 2000:  number of signatures.

**Illinois**:  Libt Party v Rednour, 108 F 3d 768 (7th cir., 1997).  Nader v Keith, 385 F.3d 729 (7th cir. 2006).  Summers v Smart, 65 F.Supp. 3d 556 (n.d. Ill. 2014).

**Kansas**:  Hagelin for President Committee v Graves, 804 F Supp 1377 (1992).

**Maine**:  Maine Green Party v Diamond, 95-318, U.S. Dist. Ct., 1995:  definition of qualified party.  Maine Green Party v Secretary of State, 96-cv-261, U.S. Dist. Ct., 1996: definition of political party.

**Maryland**:  Ahmad v Raynor, R-88-869, U.S. Dist. Ct., 1988:  number of signatures.  Creager v State Adm. Bd. of Election Laws, AW-96-2612, U.S. Dist. Ct., 1996:  number of signatures.

**Missouri**:  Manifold v Blunt, 863 F 2d 1368 (8th cir. 1988).

**New Hampshire**:  Werme v Gov. of N.H., 84 F 3d 479 (1st cir., 1996).

**New Mexico**:  Parker v Duran, 180 F Supp 3d 851 (2014).

**North Carolina**:  Nader v Bartlett, 00-2040, 4th cir., 2000:  number of signatures.

**North Dakota**:  Libertarian Party of N.D. v Jaeger, 659 F 3d 689 (2011).

**Ohio**:  Schrader v Blackwell, 241 F 2d 783 (6th cir., 2001).  State ex rel Fockler v Husted, State Supreme Court, 2016-1863:  rules for primary ballot access.  Libertarian Party of Ohio v Ohio Secretary of State, state appeals court, 10th dist., 16APE-07-496: definition of political party.

**Oklahoma**:  Rainbow Coalition v Okla. State Elec. Bd., 844 F 2d 740 (1988). Nader v Ward, 00-1340, U.S. Dist. Ct., 1996:  number of signatures. Clingman v Beaver, 544 U.S.581.

**Oregon**:  Libt Party v Roberts, 737 P 2d 137 (Ore. Ct. of Appeals, 1987).

**Tennessee:**  Green Party of Tennessee v Hargett, 882 F.Supp.2d 959 (m.d. 2012) and 953 F.Supp.2d 816 (m.d. 2013) (not to be confused with the case of the same name on how a party remains on the ballot).  The final decisions are not reported and are 2016 US Dist Lexis 109161 (2016) and Sixth Circuit case 16-6299 (2017).

**Texas**:  Texas Indp. Party v Kirk, 84 F 3d 178 (5th cir., 1996). Nat. Comm. of U.S. Taxpayers Party v Garza, 924 F Supp 71 (W.D. 1996).  Kennedy v Cascos, 214 F.Supp.3d 559 (w.d. Tex, 2016).

**Virginia**:  Wood v Meadows, 207 F 3d 708 (4th cir., 2000).

**Washington**:  Washington State Republican Party v Washington State Grange, 876 F.3d 794 (2012).

**West Virginia**:  Fishbeck v Hechler, 85 F 3d 162 (4th cir., 1996).

**Wyoming**:  Spiegel v State of Wyoming, 96-cv-1028, U.S. Dist. Ct., 1996:  petition deadline.

QUALIFIED EXPERT WITNESS

**Fishbeck v Hechler**, 85 F 3d 162 (4th cir. 1996, West Virginia case)
**Council of Alternative Political Parties v Hooks**, 999 F Supp 607 (1998, N.J.)
**Citizens to Establish Reform Party v Priest**, 970 F Supp 690 (E.D. Ark, 1996)
**Atherton v Ward**, 22 F Supp 2d 1265 (W.D.Ok. 1998)
**Calif. Democratic Party v Jones**, 530 US 567 (2000)
**Swanson v Bennett**, not reported, U.S. Dist. Ct., m.d.Ala. (02-T-644-N)
**Clingman v Beaver,** 544 U.S. 581.
**Green Pty v N.Y. Bd. Elec.**, 267 F Supp 2d 342 (EDNY 2003), 389 F.3d 411 (2nd 2004)
**Lawrence v Blackwell**, 430 F.3d 368 (6th cir. 2005)
**Hall v Merrill,** 212 F.Supp.3d 1148 (Alabama m.d. 2016)
**Graveline v Johnson,** 336 F.Supp.3d 801 (e.d. Mi. 2018), aff'm 747 F Appx 408 (6th cir. 2018)
**Green Party of Tennessee v Hargett,** 882 F.Supp.2d 959 (m.d. Tn. 2012); also 953 F.Supp.2d 816 (same)
**De La Fuente v Padilla,** 930 F.3d 1101 (9th cir. 2019)
**De La Fuente v State of Arizona**, 2:16cv-2419 (2019)

CASES IN WHICH DECISION MENTIONED MY EVIDENCE AND EITHER STRUCK DOWN OR ENJOINED THE LAW

**Hall v Merrill**, 212 F.Supp.3d 1148 (m.d. Ala. 2016), footnote 10.  Eleventh Circuit later ruled that case was moot when it was decided and therefore vacated the decision, 902 F.3d 1294.
**Citizens to Establish a Reform Party in Arkansas v Priest,** 970 F.Supp.690 (e.d. 1996) at 695.
**Green Party of Arkansas v Priest**, 159 F.Supp.2d 1140 (e.d. 2001).  Decision cites my evidence at p. 1143 but doesn't name me.
**Green Party of Arkansas v Daniels**, 445 F.Supp.2d 1056 (e.d. 2006) at 1059ff
**Libertarian Party of Arkansas v Thurston**, e.d. 4:19cv-214 (July 3, 2019)
**California Justice Committee v Bowen**, 2012 WL 5057625 (Oct. 18, 2012)
**Green Party of Georgia v Kemp,** 171 F.Supp.3d 1340 (n.d. 2016); aff'm, 674 F Appx 974 (11th cir. 2017)
**Gill v Scholz**, U.S. Dist. Ct., n.d. Ill. 16cv-3221.  Court enjoined law and put candidate on ballot.  Then the 7th circuit issued a one-sentence order removing the candidate from the ballot but not explaining why.  Then another U.S. District Court Judge upheld law.  Case is pending in the 7th circuit.
**Jones v McGuffage**, 921 F.Supp.2d 888 (2017) at 893.
**Lee v Keith,** 463 F.3d 763 (7th cir. 2006) at 766 (decision uses my evidence but does not name me)
**Libertarian Party of Illinois v Illinois State Bd. of Elections**, 164 F.Supp.3d 1023 (n.d. 2016).  See footnote four.
**Graveline v Johnson**, 336 F.Supp.3d 801, aff'm 747 F Appx 408 (6th cir. 2018)
**Breck v Stapleton,** 6:18cv-87 (2017).

**Green Party of N.Y. v N.Y. State Board of Elections**, 389 F.3d 411 (2004) at 421
**Libertarian Party of Ohio v Blackwell**, 462 F.3d 579 (6th cir. 2006) at 589
**Libertarian Party of Ohio v Husted**, 2014 WL 11515569 (s.d. Oh. Jan. 7, 2014)(opinion misspells my surname as "Wagner")
**Libertarian Party of South Dakota v Krebs**, 290 F.Supp.3d 902 (2018)
**Libertarian Party of Tennessee v Goins**, 793 F.Supp.2d 1064 (m.d. 2010) at 1068
**Green Party of Tennessee v Hargett**, 882 F.Supp.2d 959 (m.d. 2012) at 976ff; on remand, 953 F.Supp.2d 816 (m.d. 2013) under heading "Parties' Expert Proof)


LIST OF ALL CASES IN LAST FOUR YEARS IN WHICH I TESTIFIED AT TRIAL OR AT DEPOSITION
**Green Party of Georgia v Kemp** (deposition 2015)
**Green Party of Tennessee v Hargett** (trial 2016)
**Libertarian Party of Illinois v Illinois State Election Board** (deposition 2017)
**De La Fuente v Padilla** (deposition 2017, California)
**Kennedy v Cascos** (court hearing 2016, Texas)
**Libertarian Party of South Dakota v Krebs** (trial 2018)
**Libertarian Party of Georgia v Raffensperger** (deposition 2019)
**Montana Green Party v Stapleton** (deposition 2019)
**Sweeney v Crigler** (deposition 2019)

SPEAKING ENGAGEMENTS:  Colleges and Scholarly Meetings
Panel of New York City Bar Association, 1994.  Ballot access.
Amer. Political Science Assn., nat. conventions of August 1995 and August 1996.  Papers.
Capital University School, law school class, Columbus, Ohio, 1996.  Guest lecturer.
Cal. State U., course in political science, Hayward, 1993 and 1996.  Guest lecturer.
San Francisco City College, course in political science, 1996 and 1997.  Guest lecturer.
Providence College, R.I., Oct. 1997, seminar on ballot access.
Harvard U., JFK School of Gov't, Oct. 18, 1995, guest lecturer, ballot access.
Voting Integrity Project national conference, Apr. 1, 2000, speaker on ballot access.
Center for Voting & Democracy nat. conference, Nov. 30, 2003, speaker on ballot access.
Robert Dole Institute of Politics, U. of Kansas, one of 5 panel members, Oct. 25, 2007.