IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| IOWA LIBERTARIAN PARTY and JAKE PORTER,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>PAUL D. PATE,<br><br>　　　　Defendant. | Civil No. 4:19-cv-00241-SMR-HCA<br><br>**JOINT MOTION TO EXTEND DEADLINE** |

COME NOW the Parties, pursuant to Federal Rule of Civil Procedure 7(b) and Local Rule 7(j) and move jointly to extend the deadline for dispositive motions:

1. On or about November 4, 2019, the Court entered an order adopting a Proposed Scheduling Order and Discovery Plan that included January 31, 2021, as the deadline for dispositive motions.

2. Because January 31, 2021, falls on a Sunday, dispositive motions are due on February 1, 2021.

3. A final pretrial conference is currently scheduled for May 25, 2021. Trial is scheduled for June 8, 2021.

4. The parties do not anticipate any genuine dispute as to any material fact and both expect that the matter will be determined on cross-motions for summary judgment.

5. Because additional time is needed to prepare and submit cross-motions for summary judgment, the parties jointly request an extension of the deadline for dispositive motions up to and including **Wednesday, March 3, 2021**. This is the first request for an extension of the deadline in this matter.

　　　　　　　　　　　　　　　　　Respectfully submitted,

/s   *Julia A. Ofenbakh*　　　　　　　　　　　　　　　　　/s *Thomas Ogden*
Julia A. Ofenbakh　　　　　　　　　　　　　　　　　　　Thomas J. Ogden
Iowa Defenders, PLLC　　　　　　　　　　　　　　　　Assistant Attorney General
2183 86th Street, Suite C　　　　　　　　　　　　　　　Iowa Department of Justice
Clive, Iowa 50325　　　　　　　　　　　　　　　　　　Hoover State Office Bldg. 2nd Fl.
Telephone: (515) 868-0088　　　　　　　　　　　　　1305 E. Walnut Street

Facsimile: (515) 963-5370  
Email: julia@iowadefenders.com

Des Moines, IA 50319  
Telephone: (515) 281-5164  
Email:  
Thomas.ogden@ag.iowa.gov

ATTORNEY FOR DEFENDANT  
PAUL D. PATE

    */s/ Robert M. Bastress, Jr.*  
Attorney for Plaintiff, Iowa Libertarian  
Robert M. Bastress, Jr.  
West Virginia Bar ID # 263  
P.O. Box 1295  
Morgantown, W.Va.  26507-1295

ATTORNEYS FOR PLAINTIFFS IOWA  
LIBERTARIAN PARTY AND JAKE PORTER