IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| IOWA LIBERTARIAN PARTY, and JAKE PORTER,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL D. PATE, in his official capacity as Iowa Secretary of State,<br><br>Defendant. | Case No. 4:19-cv-00241-SMR-HCA<br><br>**DEFENDANT'S RESISTANCE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

COMES NOW Defendant Paul D. Pate, by and through undersigned counsel, and, pursuant to Federal Rule of Civil Procedure 56(a) and Local Rule 56, resists Plaintiffs' motion for summary judgment.

1. Plaintiffs Iowa Libertarian Party and Jake Porter filed a motion for summary judgment and brief in support on March 3, 2021.

2. On the same day, Defendant Paul Pate filed a motion for summary judgment, brief in support, and statement of undisputed facts. The parties filed a joint appendix.

3. The pleadings and discovery as well as Defendant's statement of undisputed facts show that there is no genuine dispute of material fact to be decided at trial. That said, Plaintiffs are not entitled to summary judgment as a matter of law.

4. For the reasons explained in Defendant's motion for summary judgment, brief in support, and statement of undisputed facts, Defendant resists Plaintiffs' motion for summary judgment.

WHEREFORE, Defendant Paul D. Pate requests that this Court deny summary judgment in favor of Plaintiffs and enter summary judgment in favor of Defendant on all claims.

Respectfully submitted,

JEFFREY S. THOMPSON
Solicitor General of Iowa

/s/  Thomas J. Ogden
THOMAS J. OGDEN
Assistant Attorney General
Iowa Department of Justice
Hoover State Office Bldg., 2nd Fl.
1305 East Walnut Street
Des Moines, Iowa 50319
Phone: (515) 281-5976
Fax: (515) 281-4902
Email: Jeffrey.Thompson@ag.iowa.gov
Email: Thomas.Ogden@ag.iowa.gov

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2021, a true and correct copy of the foregoing was filed electronically via the Court's ECF system which will notify each of the following participants:

Julia A. Ofenbakh
Iowa Defenders, PLLC
2183 86th Street, Suite C
Clive, Iowa 50325

Robert M. Bastress, Jr.
West Virginia Bar ID # 263
P.O. Box 1295

3

Morgantown, W.Va.  26507

/s/ Thomas J. Ogden