IN THE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

IOWA LIBERTARIAN PARTY and
JAKE PORTER,

      Plaintiffs,

VS.                                                Civil Action No.  4:19-cv-00241-SMR-HCA

PAUL D. PATE, Secretary of State
and State Commissioner of Elections,

      Defendant.

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

By counsel, plaintiffs move pursuant to 42 U.S.C. § 1988 and F.R.C.P. 54(d) for their attorneys' fees in the above-captioned matter.  Counsel Robert M. Bastress, Jr. and Julia Ofenbakh estimate that their fees will total approximately $40,000 and $7,000, respectively.  They will, upon final completion of the case, submit an itemized statement describing their hours.

                                                              /s/ *Robert M. Bastress*
                                                              Robert M. Bastress
                                                              West Virginia Bar ID # 263
                                                              P.O. Box 1295
                                                              Morgantown, W.Va.  26507-1295
                                                              (304) 293-5308
                                                             rmbastress@gmail.com

/s/ *Julia A. Ofenbakh*
Julia A. Ofenbakh
Iowa Defenders, PLLC
2183 86th St., Suite C
Clive, Iowa 50325
515-868-0088
julia@iowadefenders.com

Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I, Robert M. Bastress, Jr., counsel for the plaintiffs, certify that I have served the foregoing motion on counsel for the defendant, Paul D. Pate, by filing the same on the Southern District of Iowa's Pacer CM/ECF system on this the 18th day of April, 2022.

/s/ *Robert M. Bastress, Jr.*