IN THE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

IOWA LIBERTARIAN PARTY and
JAKE PORTER,

        Plaintiffs,

VS.                                                                                       Civil Action No.  4:19-cv-00241-SMR-HCA

PAUL D. PATE, Secretary of State
and State Commissioner of Elections,

        Defendant.

**PLAINTIFFS' MEMORANDUM ON REMEDIES**

In their request for relief in their complaint, plaintiffs asked for "[a]n injunction against the defendant forbidding him from enforcing the March deadline set forth in Iowa Code § 44.4 against the plaintiffs."  Plaintiffs maintain that such an injunction, specifying that it applies to the 2022 election cycle, is all that is needed.  Any replacement deadline would have to be set by the defendant – subject, of course, to any subsequent legislative fix.  The multi-factored analysis for deciding on a motion for a preliminary injunction that the Court directed the parties to address is unnecessary to develop because the Court has made a final ruling on the merits.

                                                    /s/ *Robert M. Bastress*
                                                    Robert M. Bastress
                                                    West Virginia Bar ID # 263
                                                    P.O. Box 1295
                                                    Morgantown, W.Va.  26507-1295
                                                    (304) 293-5308
                                                    rmbastress@gmail.com

        /s/ *Julia A. Ofenbakh*
Julia A. Ofenbakh
Iowa Defenders, PLLC
2183 86th St., Suite C
Clive, Iowa 50325
515-868-0088
julia@iowadefenders.com

Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I, Robert M. Bastress, Jr., counsel for the plaintiffs, certify that I have served the foregoing Memorandum on counsel for the defendant, Paul D. Pate, by filing the same on the Southern District of Iowa's Pacer CM/ECF system on this the 20th day of April, 2022.

        /s/ *Robert M. Bastress, Jr.*