IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JAKE PORTER, IOWA LIBERTARIAN PARTY,<br><br>       Plaintiffs,<br><br>vs.<br><br>PAUL D. PATE JR., SECRETARY OF STATE AND STATE COMMISSIONER OF ELECTIONS;<br><br>       Defendant. | 4:19-cv-00241-HCA<br><br><br>ORDER GRANTING MOTON TO AMEND JUDGMENT |

Defendant filed a Motion to Amend Judgment on May 18, 2022. ECF No. 53. Plaintiffs do not resist the motion. For the reasons stated in Defendant's motion, the Court **grants** the Motion [53] and amends its Order of April 8, 2022, as supplemented on April 22, 2022, by including the following findings and conclusions:

1. For any nominations filed pursuant to the August deadline, "any person who would have the right to vote for a candidate for the office in question" may file an objection not less than sixty-eight days before the date of the election for statewide candidates and not less than sixty-four days before the date of election for a county office.
2. The withdrawal deadlines under Iowa Code sections 44.9 and 45.4 shall be not less than sixty-eight days before the date of the election for state and federal candidates and not less than sixty-four days before the election for county candidates.
3. The substitution deadline under Iowa code sections 44.11 and 44.17 shall be not less than sixty-eight days before the date of the election for state and federal candidates and not less than sixty-four days before the election for county candidates.
4. The deadlines set out in paragraphs 1-3 do not apply to any candidate who already met the March filing deadline prior to this Court's April 8, 2022 order deeming the March filing deadline for nonparty political candidates to be unconstitutional.

IT IS SO ORDERED.

DATED this 24th day of May, 2022

Helen C. Adams
Chief U.S. Magistrate Judge